[No. 23593–1–I.   Division One.   December 31, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. CORYDAN
COCHRAN, *Appellant.*

Appeal from a judgment of the Superior Court for What-
com County, No. 83–1–00387–6, David A. Nichols, J.,

entered December 2, 1989. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Webster and Baker, JJ.